UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                      Plaintiff,       )<br>       vs.                                            )<br>$46,770.50 U.S. CURRENCY, and  )<br>$53,229.50 CASHIER'S CHECK,   )<br>                      Defendants.    )<br>                                                      ) | CV-10-5056-LRS<br><br>Default Judgment of Forfeiture |

Plaintiff, United States of America filed its Verified Complaint for Forfeiture In Rem on May 20, 2010, for forfeiture of the Defendant property. ECF No. 1.

On August 4, 2010, the Customs and Border Protection/Fines, Penalties and Forfeitures Section executed the Warrant of Arrest In Rem. ECF No. 5.

On March 31, 2011, Alina Alenberg, Alona Govrin, Doron Serry, Lior Shvartz, Maayan Peer, Neta Raveh, Omer Pikelny, Reut Tsofan, Shelly Vidermann, Shely Kishon, and Yael Oran, were served, at their last known addresses and/or at their attorney's last known addresses, via certified mail, return receipt requested and/or via international registered mail return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, Warrant of Arrest In Rem, and Notices of Complaint for Forfeiture (said notices specifies the claim requirements under Rule G and also specifically states the claim deadline), as reflected in the Certificates of Service of Notice by Mail filed with the Court on January 26, 2012, under the above

Default Judgment of Forfeiture - 1
Default Judgment of Forfeiture .wpd

cause number. ECF Nos. 7 - 17. Based upon the March 31, 2011, direct notice service date, the last date to file a timely claim was May 5, 2011. ECF Nos. 7-1 - 17-1.

In accordance with Fed. R. Civ. P. Rule G(4)(a)(iv)(C), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of civil forfeiture was posted on an official government website, www.forfeiture.gov, beginning January 27, 2012. ECF Nos. 30, 30-1 and 30-2. Based upon the internet publication start date of January 27, 2012, the last date to file a timely claim was March 27, 2012.

No valid or timely claim of interest has been received or filed with the Court from Alina Alenberg, Alona Govrin, Doron Serry, Lior Shvartz, Maayan Peer, Neta Raveh, Omer Pikelny, Reut Tsofan, Shelly Vidermann, Shely Kishon, and Yael Oran, or from any other person or entity, and the time allowed for filing of such a claim has expired

On February 23, 2012, the United States filed and served its Notice(s) of Motion(s) for Default, upon Alina Alenberg, Alona Govrin, Doron Serry, Lior Shvartz, Maayan Peer, Neta Raveh, Omer Pikelny, Reut Tsofan, Shelly Vidermann, Shely Kishon, and Yael Oran. ECF Nos. 18 - 28. To date, no valid or timely claims or motions have been received from any of the potential claimants.

On July 12, 2013, the United States filed and served its Motion for Entry of Default as to Lior Shvartz. ECF No. 31. On July 15, 2013, the Clerk entered a default order as to Lior Shvartz. ECF No. 32.

On July 16, 2013, the United States filed and served its Motion(s) for Entry of Default as to Alina Alenberg and Doron Serry. ECF Nos. 34 and 35. On July 17, 2013, the Clerk entered default orders as to Alina Alenberg and Doron Serry. ECF Nos. 36 and 37.

On July 19, 2013, the United States filed and served its Motion for Entry of Default as to Alona Govrin. ECF No. 38. On July 19, 2013, the Clerk entered a default order as to Alona Govrin. ECF No. 39.

On July 23, 2013, the United States filed and served its Motion for Entry of Default as to Maayan Peer. ECF No. 38. On July 24, 2013, the Clerk entered a default order as to Maayan Peer. ECF No. 43.

On July 24, 2013, the United States filed and served its Motion(s) for Entry of Default as to Neta Raveh and Omer Pikelny. ECF Nos. 41 and 42. On July 24, 2013, the Clerk entered default orders as to Neta Raveh and Omer Pikelny. ECF Nos. 44 and 45.

On August 9, 2013, the United States filed and served its Motion for Entry of Default as to Reut Tsofan. ECF No. 47. On August 9, 2013, the Clerk entered a default order as to Reut Tsofan. ECF No. 48.

On August 23, 2013, the United States filed and served its Motion(s) for Entry of Default as to Shelly Vidermann and Yael Oran. ECF Nos. 49 and 50. On August 28, 2013, the Clerk entered default orders as to Shelly Vidermann and Yael Oran. ECF Nos. 53 and 54.

On August 26, 2013, the United States filed and served its Motion for Entry of Default as to Shely Kishon. ECF No. 51. On July 15, 2013, the Clerk entered a default order as to Shely Kishon. ECF No. 55.

Now, therefore on motion by the Plaintiff, United States of America, for a Default Judgment for Forfeiture, it is hereby

ORDERED, ADJUDGED and DECREED, as follows:

1.     Plaintiff's Motion For Entry Of Default, ECF No. 56, is GRANTED. Pursuant to 8 U.S.C. § 1324(b), the Defendant $46,770.50 U.S. currency, and $53,229.50 cashier's check, are forfeited to the United States of America, and no right, title, or interest in the Defendant property shall exist in any other person or entity.

///

///

///

2. The Customs and Border Protection/Fines, Penalties and Forfeitures Section shall dispose of the above-described Defendant property in accordance with law.

DATED this ___24th___ day of September, 2013.

*s/Lonny R. Suko*
_____
Lonny R. Suko
United States District Judge

Presented by:

Michael C. Ormsby
United States Attorney

s/James A. Goeke

James A. Goeke
Assistant United States Attorney

Default Judgment of Forfeiture - 4
Default Judgment of Forfeiture .wpd